UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LASHAWNDRA ADEWUMI,** on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>**CONDUENT INCORPORATED,**<br><br>      Defendant | Case No. 2:25-cv-02894<br><br>CLOSED |

### VOLUNTARY DISMISSAL ORDER
### WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 4J(a)(J)(A)(i), Plaintiff Lashawndra Adewurni hereby gives notice that his claims in this action against Defendant Conduent Incorporated, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 1, 2025

               Respectfully submitted,

            By: ***/s/ Patrick Howard***
               Patrick Howard (NJ Atty ID #02280-2001)
               **SALTZ MONGELUZZI & BENDESKY, P.C.**
               8000 Sagemore Dr., Suite 8303
               Marlton, NJ 08053
               Telephone: (215) 575-3895
               phoward@smbb.com

               Raina C. Borrelli
               Samuel J. Strauss
               **STRAUSS BORRELLI PLLC**
               980 N Michigan Avenue, Suite 1610
               Chicago IL, 60611
               Telephone: (872) 263-1100
               raina@straussborrelli.com
               sam@straussborrelli.com

               *Attorneys for Plaintiff and the Proposed Class*

               ***SO ORDERED: 5/2/2025***
               ***s/ Stanley R. Chesler, U.S.D.J.***